THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GABRIEL MENNILLO, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTHONY GAROFALO, Appellant.

Argued May 31, 1949; decided July 19, 1949.

*Isaac Rubin, Milton D. Jacobs* and *Albert M. Annunziata* for appellants.

*George M. Fanelli, District Attorney* (*John J. O'Brien* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: LOUGHRAN, Ch. J.; LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.